# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 05 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Marcos Antonio HERRERA,<br><br>Defendant. | Case No.: 19MJ2799<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about July 4, 2018, within the Southern District of California, defendant, Marcos Antonio HERRERA did knowingly and intentionally import 500 grams and more, to wit: approximately 14.98 kilograms (33.02 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Greg Pettigrew, Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF JULY 2019.

_____
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Greg Pettigrew, declare under penalty of perjury, the following is true and correct:

On Thursday, July 4, 2018, at approximately 4:31am, Marcos Antonio HERRERA, a United States citizen, attempted to enter the United States from Mexico via the San Ysidro Port of Entry (POE) in San Diego, California. HERRERA was the driver, registered owner, and sole occupant of a silver 2012 Nissan Sentra bearing California plates.

A Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) was performing pre-primary operations at the San Ysidro POE when his Narcotics Human Detection Dog (NHDD) alerted to the gas tank of the silver Nissan Sentra. The CEO radioed for assistance from other officers.

A U.S. Customs and Border Protection (CBPO) assigned to the Anti-Terrorism Contraband Enforcement Team (A-TCET) responded to the radio call for assistance. The CEO informed the A-TCET officer of the NHDD's alert. The A-TCET officer approached HERRERA and asked for his entry documents. HERRERA presented a California driver's license. The A-TCET officer asked HERRERA about his destination in the U.S. HERRERA stated he was going to work in San Diego. The A-TCET officer asked HERRERA if he was the owner of the owner of the vehicle. HERRERA said, yes. The A-TCET officer asked

HERRERA if he had anything to declare. HERRERA said he had nothing to declare. The A-TCET officer continued the inspection by tapping on the gas tank of the vehicle with a screwdriver. The A-TCET officer thought the gas tank felt solid and did not vibrate as expected. The A-TCET officer called for additional assistance and asked HERRERA to turn off the vehicle. The A-TCET officer asked HERRERA to step out of the vehicle, then placed HERRERA in handcuffs and escorted him to the security office. The Nissan Sentra was sent to the secondary inspection lot for further examination.

In the secondary inspection lot, a CBPO conducted a Z-Portal x-ray scan of the Nissan Sentra. The CBPO observed anomalies in the gas tank area. The CBPO relayed his observations to officers assigned to the secondary inspection lot.

In the secondary inspection lot, a CBP contracted mechanic, supervised by a CBPO, drained four (4) gallons of gasoline from the tank. The CBP contracted mechanic, with the assistance of the CBPO, removed twenty-seven (27) vacuum-wrapped packages, weighing approximately 14.98 kilograms (33.02 pounds), which contained a substance that field-tested for the properties of methamphetamine.

At approximately 6:10am, a CBPO placed HERRERA under arrest, and contacted Homeland Security Investigations (HSI), via SECTOR, to further the investigation.

HERRERA was arrested and charged with violations of Title 21, United States Code, §§ 952 and 960, importation of a controlled substance, and is scheduled to be booked into the Metropolitan Correctional Center in San Diego, California.