

FILED

AUG 0 1 2019

CLERK US DISTRICT C...
SOUTHERN DISTRICT OF CA...ORNIA
...PUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MARCOS ANTONIO HERRERA,<br><br>                Defendant. | Case No. ___19CR2930-JLS___<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of<br>Methamphetamine<br>(Felony) |

The United States Attorney charges:

On or about July 4, 2019, within the Southern District of California, defendant, MARCOS ANTONIO HERRERA, did knowingly and intentionally import 500 grams and more, to wit: approximately 14.98 kilograms (33.02 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: ___8 | 1 | 19___ .

                           ROBERT S. BREWER, JR.
                           United States Attorney

                           SHAUNA R. PREWITT
                           Assistant U.S. Attorney

SRP:mz:7/29/2019